■ The People of the State of New York, Respondent, v. Anthony Emmino, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Kings County, dated November 3, 1961, which denied, without a hearing, his application to vacate a judgment of said court, rendered October 29, 1946 after a jury trial, convicting him of grand larceny in

the first degree (three counts), and imposing sentence. Order affirmed. No opinion. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.